

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00172-CV

| | | |
|---|---|---|
| Carmelo Martinez | § | From County Court at Law No. 2 |
| v. | § | of Tarrant County (10-85383-2) |
| | § | February 7, 2013 |
| Wachovia previously World Savings and Loan Association | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that appellant Carmelo Martinez shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00172-CV

CARMELO MARTINEZ                                                    APPELLANT

V.

WACHOVIA PREVIOUSLY WORLD                                          APPELLEE
SAVINGS AND LOAN
ASSOCIATION

----------

### FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant filed a brief in this court on June 22, 2012.  We notified Appellant

on the same day that his brief contained a number of formal defects and did not

conform to the rules of appellate procedure or our local rules.  *See* Tex. R. App.

P. 9.4(h), 9.5(a), 38.1; 2nd Tex. App. (Fort Worth) Loc. R. 1.  We instructed

Appellant to file an amended brief that complied with the rules of appellate

---

[1]*See* Tex. R. App. P. 47.4.

procedure and local rules within ten days and that failure to do so could result in striking the brief he filed, waiver of noncomplying points, or dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.

On July 2, 2012, Appellant filed a motion to extend time and on July 10, 2012, Appellant filed an amended motion to extend time, which was granted. On August 13, 2012, Appellant filed a second motion to extend time, which was also granted. Appellant filed a third motion to extend time on September 12, 2012. This court granted that extension as well. On November 19, 2012, this court granted Appellant's fourth motion to extend time to file his amended brief. In the order, we stated that no further extensions would be granted. On December 18, Appellant filed a fifth motion to extend time to file his brief, which was denied.

On December 19, 2012, we notified Appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless Appellant or any party desiring to continue this appeal filed with the court a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. Other than Appellant's January 10, 2013 motion to extend time, we have not received any response. Because we informed Appellant that no further extensions would be granted in our November 19, 2012 order, and because Appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  February 7, 2013